UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
NEIL SAYEGH,                                                            :
                                                                        :
                           Plaintiff,                                   :    20-CV-9743 (JMF)
                                                                        :
            -v-                                                         :    ORDER
                                                                        :
UNUM GROUP et al.,                                                      :
                                                                        :
                           Defendants.                                  :
                                                                        :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In light of Defendant Union Security Life Insurance Company of New York's new motion to dismiss, *see* ECF No. 29, Defendant Sun Life Financial (U.S.) Service Company, Inc's earlier motion to dismiss filed at ECF No. 21 is hereby DENIED as moot. *See* ECF No. 24. Plaintiff's opposition to the new motion to dismiss is due by **February 24, 2021**. Defendant's reply, if any, is due by **March 3, 2021**. At the time any reply is served, the moving party shall supply the Court with one, double-sided courtesy hard copy of all motion papers by mailing or delivering them to the United States Courthouse, 40 Centre Street, New York, New York.

      The Clerk of Court is directed to terminate ECF No. 21.

      SO ORDERED.

Dated: February 10, 2021
      New York, New York
                                    JESSE M. FURMAN
                                    United States District Judge