UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
NEIL SAYEGH, :
:
                           Plaintiff, :         20-CV-9743 (JMF)
:
      -v- :         <u>ORDER</u>
:
UNUM GROUP et al., :
:
                         Defendants. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In light of Defendant Provident Life and Casualty Insurance Company's motion to dismiss, ECF No. 33, Plaintiff's deadline to oppose Defendant Union Security Life Insurance Company of New York's previously filed motion to dismiss, ECF No. 29, is hereby extended to **March 4, 2021**. By that date, Plaintiff shall file a single, consolidated opposition to **both** motions to dismiss. Defendants' replies, if any, are due **March 11, 2021**. (Alternatively, Defendants may choose to file a single, consolidated reply by the same date.) At the time any reply is served, the moving party shall supply the Court with one, double-sided courtesy hard copy of all motion papers by mailing or delivering them to the United States Courthouse, 40 Centre Street, New York, New York.

      SO ORDERED.

Dated: February 23, 2021
       New York, New York                                           JESSE M. FURMAN
                                                          United States District Judge