# McElroy, Deutsch, Mulvaney & Carpenter, LLP
**ATTORNEYS AT LAW**

1300 MOUNT KEMBLE AVENUE
P.O. BOX 2075
MORRISTOWN, NEW JERSEY 07962-2075
(973) 993-8100
FACSIMILE (973) 425-0161

LOUIS P. DI GIAIMO
CERTIFIED CIVIL TRIAL ATTORNEY
Direct Dial: (973) 425-8843
ldigiaimo@mdmc-law.com

Application GRANTED. The Clerk of Court is directed to terminate ECF Nos. 33, 36.

March 11, 2021

SO ORDERED.

*[signature]*

March 11, 2021

**Via ECF**
Honorable Jesse M. Furman
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: Neil Sayegh a/k/a Nayel Sayegh v. Unum Group, Sun Life Financial (U.S.) Services Company, Inc., and Berkshire Life Insurance Company of America
20-CV-9743 (JMF)

Dear Judge Furman:

We represent the Defendant, Provident Life and Casualty Insurance Company. Currently pending before the court is Defendant's Motion to Dismiss, Docket Document 33.

After discussion with Plaintiff's Counsel, Defendant has determined, at this point, to withdraw the Motion without Prejudice, and requests that the Motion be withdrawn. As this was a Motion to Dismiss in lieu of answer, and assuming the Court agrees to the withdrawal of the Motion, Defendant must then file its Answer to the Complaint. Defendant requests, with Plaintiff's consent, that the deadline to respond to the Complaint be set for March 31, 2021. Plaintiff has agreed to this deadline.

We thank the Court in advance for its kind courtesy and consideration in connection with this request.

Very truly yours,

McElroy, Deutsch, Mulvaney & Carpenter, LLP

*/s/Louis P. DiGiaimo*

Louis P. DiGiaimo

LPD:mc
Enclosures