UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
NEIL SAYEGH,                                                         :
                                                                     :
                               Plaintiff,            :    20-CV-9743 (JMF)
                                                                     :
                -v-                                                  :    ORDER
                                                                     :
UNUM GROUP et al.,                                                   :
                                                                     :
                               Defendants.           :
                                                                     :
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Defendant Berkshire Life Insurance Company of America ("Berkshire") appeared in this case on November 19, 2020, *see* ECF Nos. 8, 9, but has not yet answered the Amended Complaint filed on January 20, 2021, ECF No. 25. As a courtesy, Berkshire's deadline to answer or otherwise respond to the Amended Complaint is hereby extended, *nunc pro tunc*, to **March 31, 2021.**

      SO ORDERED.

Dated: March 15, 2021
       New York, New York                                       _____
                                                               JESSE M. FURMAN
                                                        United States District Judge