UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
NEIL SAYEGH,                                                       :
:
                  Plaintiff,                           :
:      20-CV-9743 (JMF)
     -v-                                                          :
:      ORDER
:
UNUM GROUP et al.,                                                 :
:
                  Defendants.                         :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       As stated during the teleconference held earlier today:

- Defendant shall file its motion for summary judgment with respect to whether Plaintiff's claims are time barred by **April 8, 2022**;

- Any opposition to the motion shall be filed by **April 29, 2022**; and

- Any reply shall be filed by **May 9, 2022**.

       SO ORDERED.

Dated: March 14, 2022
       New York, New York
                                               _____
                                                      JESSE M. FURMAN
                                               United States District Judge