UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NEIL SAYEGH,

                     Plaintiff,                    20 **CIVIL** 9743 (JMF)

      -against-                           **JUDGMENT**

PROVIDENT LIFE AND CASUALTY INSURANCE
COMPANY,

                     Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated November 4, 2022, the Court concludes that Sayegh's lawsuit is barred by the limitations periods in the Policies. It follows that Provident's motion for summary judgment must be and is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York
         November 7, 2022

                                                        **RUBY J. KRAJICK**

                                                        **Clerk of Court**

                        **BY:**

                                                        **Deputy Clerk**